BEFORE THE THIRD DIVISION, JANUARY 9, 1941

**No. 45144.**—Petition 6073–R of Samuel Yaroslowitz (New York).

Opinion by WALKER, J. It appeared from the testimony that this petitioner for a period of years had imported these prayer shawls from Poland, all of which prior importations had been of less value than $100 and were therefore not accompanied by a consular invoice. When the shipment in question arrived it was found that the value was over $100 and a consular invoice was required. On appraisement the value was found to be $333.76 and the petitioner appealed to reappraisement. From the record and the testimony of the witness, which was not contradicted, the court was satisfied that the petitioner was entirely innocent of any attempt to undervalue his goods on entry. As the entire record showed no willful or intended violation on the part of this petitioner, the petition was granted.

**No. 45145.**—Protest 985449–G of S. Rosenfelder & Son (New York).

Opinion by CLINE, J. The record showed that the skins are not required to be marked but that the bales were marked "Pr. of Can." and they were required to be marked "Product of Canada" before being released from customs custody. From the record and following *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104), *Denton Felt & Hair Co.* (27 id. 282, C. A. D. 101), *Connor* v. *United States* (28 id. ——, C. A. D. 143), and Abstract 35794 the court held that the marking "Pr. of Can." was insufficient to indicate that Canada is the country of origin. The protest was therefore overruled. *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) and Abstracts 37656, 32638, and 38243 cited.

**No. 45146.**—Protest 29309–K of A. Reasenberg & Son (New York).

Opinion by CLINE, J. When the case was called for trial the protest was submitted without the introduction of evidence in support of the claims made. On the record presented the protest was overruled.

**No. 45147.**—Protest 18777–K of Karl Neuhoff (New York).

Opinion by CLINF, J. When the case was called for trial the protest was submitted without the introduction of evidence in support of the claims made. On the record presented the protest was overruled.